# UNITED STATES DISTRICT COURT

# DISTRICT OF SOUTH DAKOTA

# NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM LEFT HAND,<br><br>Defendant. | 1:14-CR-10001-CBK<br><br>REPORT AND RECOMMENDATION FOR DISPOSTION OF PRO SE MOTIONS |

This supervised release revocation case came on for a hearing on Defendant's pro se motions. Counsel appeared for the Government and Defendant and Defendant Counsel appeared personally as well. The Court heard the statements and arguments of Defendant and both counsel and reviewed the records on file, including the transcript of the proceedings held on June 30, 2022. For the reasons stated on the record during the hearing and based on the record before it, the Court

RECOMMENDS that Defendant's pro se motion to dismiss the revocation petition or, in the alternative, to withdraw his admissions to paragraphs 2 and 5 of the petition, Docket No. 169, be denied. And

RECOMMNEDS that the District Court handle, and rule on, the motion for recusal, Docket No. 166, as that Court is the subject of the motion.

## NOTICE TO PARTIES

The parties have fourteen (14) days after service of this Report and Recommendation to file written objections pursuant to 28 U.S.C. §636(b)(1), unless an extension of time for good cause is obtained. Failure to file timely objections will result in the waiver of the right to appeal questions of fact. Objections must be timely and specific in order to require *de novo* review by the District Court.

DATED this 21st day of September, 2022.

BY THE COURT:

_____
MARK A. MORENO
UNITED STATES MAGISTRATE JUDGE