UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

FILED
OCT 06 2022

| UNITED STATES OF AMERICA, Plaintiff, vs. WILLIAM LEFT HAND, Defendant. | 1:14-CR-10001-CBK<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND ORDER DENYING MOTIONS |
|---|---|

Defendant entered admissions under oath before United States Magistrate Mark A. Moreno to paragraphs 2 and 5 of the second petition to revoke supervised release. Petitioner thereafter filed a motion to dismiss the petition to revoke or to withdraw his admissions. Such motions came on for hearing on September 21, 2022, before Magistrate Moreno. Magistrate Moreno issued his Report and Recommendation recommending that the motions be denied. No party has filed objections to the Report and Recommendation. I have nonetheless conducted a *de novo* review of the transcript of the motions hearing, Doc. 178, as well as the transcript of the admissions hearing, Doc. 167.

Now, therefore,

IT IS ORDERED:

1. The Report and Recommendation, Doc. 177, is adopted.

2. Defendant's motions to dismiss the petition to revoke and to withdraw his admissions, Doc. 169, are denied.

DATED this 6th day of October, 2022.

BY THE COURT:

CHARLES B. KORNMANN
United States District Judge